IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THOMAS ALLEN PHILLIPS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST, et al., <br><br> Defendants. | Case No. 19-cv-02402 |

**JUDGMENT**

Upon the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The Court incorporates by reference herein the Order granting class certification, (Doc. 266), certifying the Class under Rule 23(b)(1)(A) and (b)(2).

2. Judgment in favor of Plaintiffs and the Class and against Defendants is granted on Counts I, III, V, and IX of the First Amended Class Action Complaint and Supplemental Complaint and partial judgment on Count II, for the reasons and to the extent set forth in the Summary Judgment Order (Doc. 399) and for the reasons and to the extent set forth on the record on June 12, 2025;

3. Partial judgment in favor of Plaintiffs and the Class and against Defendants is granted on Count IV on Plaintiffs' ERISA Sections 101 and 102 claims and denied with respect to Plaintiffs' ERISA Section 402 claim for the reasons and to the extent set forth in the Summary Judgment Order (Doc. 399) and for the reasons and to the extent as set forth on the record on June 12, 2025;

4. Partial judgment in favor of Plaintiffs and against Defendants on Count VII is granted for the reasons and to the extent set forth in the Summary Judgment Order (Doc. 399);

5. Judgment in favor of Plaintiffs Phillips and Egger and against Defendants on Count VI is granted for the reasons and to the extent set forth in the Summary Judgment Order (Doc. 399); the Court declines to award statutory penalties on Count VI;

6. Defendants are enjoined from acting in a manner that is contrary to the Court's Summary Judgment Order (Doc. 399);

7. Defendants shall comply with the Court's ruling regarding the meaning of Section 8.08 of the Plan with respect to the separation from service rule. Based on the agreement of the parties as to the disqualifying employment aspect of Section 8.08, Plaintiffs' request to rescind the renaming of Section 8.08 is moot and therefore denied;

8. Plaintiffs' requests for injunctive relief to remove the current Board of Trustees of the Pension Trust, to enjoin any Pension Trust Trustee that served as such since 2010 from sitting on the Board of Trustees or acting as a fiduciary in the future, to appoint an independent fiduciary to oversee and monitor the Pension Trust, to surcharge the Trustees, and to submit to an accounting are denied;

9. Pursuant to the parties' stipulation of voluntary dismissal with prejudice (Doc. 411), Count IX is hereby dismissed;

10. The Court adopts the Plan of Allocation filed on August 15, 2025 (Doc. 437-1), and directs Defendants to comply with the Plan of Allocation;

11. Defendants are ordered to promptly prepare and implement a plan to effectuate this Judgment.

Dated on this <u>18th</u> day of August, 2025.

                                                       s/   Toby Crouse_____
                                                       TOBY CROUSE
                                                       United States District Judge